# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § | Civil Action No. 4:15-cv-02218 |
| § | |
| v. § | |
| § | |
| FREDERICK ALAN VOIGHT and DAYSTAR FUNDING, LP, § § § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| F.A. VOIGHT & ASSOCIATES, LP, RHINE PARTNERS, LP, TOPSIDE PARTNERS, LP, INTERCORE, INC., and INTERCORE RESEARCH CANADA, INC. a/k/a INTERCORE CANADA RESEARCH, INC., § § § § § § § | |
| Relief Defendants. § § | |

## AGREED MOTION TO ENTER AGREED PARTIAL JUDGMENT AGAINST RELIEF DEFENDANT INTERCORE, INC.

Plaintiff Securities and Exchange Commission files this Agreed Motion to Enter Agreed Partial Judgment against Relief Defendant InterCore, Inc ("Relief Defendant") and respectfully shows the Court as follows:

1. On August 3, 2015, the Commission filed its Complaint alleging that Defendants violated various provisions of the federal securities laws. Relief Defendant was named in this action for collections purposes and was not charged with violating the law.

2. The Commission and Relief Defendant have reached a partial settlement regarding the Commission's claims. Without admitting or denying the allegations in the Commission's Complaint, Relief Defendant has consented to the entry of a partial judgment which, among other things: (a) provides that Relief Defendant shall disgorge all money flowing to Relief Defendant from the conduct described in the Complaint, in amounts to be determined by the Court upon motion of the Commission. The only issue remaining as to Relief Defendant in the litigation is the determination by the Court upon motion of the Commission of the appropriate amount of monetary relief.

3. Relief Defendant has executed a Consent (attached as Exhibit A) and a proposed Agreed Partial Judgment (filed concurrently with this motion).

4. The parties move the Court to enter the proposed Agreed Partial Judgment.

5. Counsel for the Commission has conferred with counsel for the Relief Defendant and represents that Relief Defendant is agreed to this motion.

Dated: December 1, 2015          Respectfully submitted,

*s/Jennifer D. Brandt*
Jennifer D. Brandt
Attorney-in-Charge
S.D. Tex. Bar No. 37943
Texas Bar No. 00796242
United States Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street, 18th Floor
Fort Worth, TX 76102-6882
Phone: (817) 978-6442
Fax: (817) 978-4927
*brandtj@sec.gov*
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I affirm that on December 1, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of Texas, Houston Division, and have served all parties in accordance with Fed.R.Civ.P.5(b)(2).

                                                       */s/ Jennifer D. Brandt*
                                                       Jennifer D. Brandt